UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JACKSON, | ) Case No. CV 09-8019-RC |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| ALLIED INTERSTATE, INC., | ) |
| Defendant. | ) |

   IT IS ADJUDGED that Judgment be entered in the total amount of $2,750.00, based on the Order to Enter Rule 68 Judgment.

DATE: January 19, 2010            /S/ Rosalyn M. Chapman
                                  ROSALYN M. CHAPMAN
                                  UNITED STATES MAGISTRATE JUDGE

CASE098\09-8019.jud
1/19/10